### 3981. LITTLE *v.* THE STATE.

HILL, C. J. 1. There was no abuse of discretion in refusing to stop the trial of the case and allow the attorney for the accused to procure the attendance of witnesses to meet the facts disclosed by the witnesses for the State.

2. No error of law appears and the evidence supports the verdict.

       *Judgment affirmed.*

DECIDED MARCH 19, 1912.

Certiorari; from Putnam superior court—Judge J. B. Park. December 23, 1911.

*W. T. Davidson,* for plaintiff in error.

*J. E. Pottle, solicitor-general, S. T. Wingfield,* contra.